E-FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Wednesday, 21 February, 2007 04:09:31 PM
Clerk, U.S. District Court, ILCD

)
)
_Michael D. Torrence_ )
)
            Plaintiff, )
)
      vs. )          No. _____
)          (Supplied by Clerk)
_Gardner, McNair, Roberson, Lt. Brozenski, Lt. Nance_ )
_D. Battaglia, Adrienne Johnson, Shirley Roberts, medical tech._ )
)
           Defendant(s) )

PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED
WITHOUT PREPAYMENT OF FEES AND COSTS

    I, _Michael D. Torrence_, plaintiff, move the court for leave to proceed without prepayment of fees and costs in the above action. I declare under penalty of perjury that the following facts are true:

    1. I am the party initiating this action and I believe I am entitled to redress.

    2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of proverty.

    3. I am (check one) Single _X_ Married _____ Separated _____ Divorced _____

    4. My responses to the following questions are true:

    A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center? Yes ( ) No (✗)

    B. If so, by whom, what is your position, and what is your pay?

_I am currently incarcerated and in Segregation where I do not receive any state stipend for any given month. $0.00 None_

    C. If not, when were you last employed and what was your pay? This includes prior inmate positions?

_I was a vocational Student at the Illinois River C.C. and I received $15.00 per month $15.00_

    D. Have you received money from any other source, including judgments, in the last 6 months? Yes (✗) No ( ) If yes, describe each source and state how much you received.

_I received money from a relative: to purchase Hygiene products, Soap, toothpaste, deordernt, Shampoo, Shaving products, razors, Lotion, cocoa butter, baby powder, Laundry detergent, etc._

    E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? _____

F.   If withdrawals were made from your institutional trust fund account during the past 6 months, please explain when, how much, and the purpose for which funds were used.

*I withdrew money to purchase from the commissary to buy toothpaste, deoderant soap, pre-stamped envelopes, legal envelopes, pen & paper and to make legal copies, and to pay for postage to legal mail.*

G.   How much money do you have in private checking or savings accounts?

*None*

H.   Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc.  (except for ordinary household furniture and clothing)?   Yes (X)   No ( )

If yes, describe the property and its approximate value:

*I brought a T.V. in 2001 and New fan in 2003 I don't know the approximate value of these items to date:*

I.   Do you have any debts or obligations?   Yes ( )   No (X)

If yes, list the amount owed, to whom, and any current payments that you are making.

*None*

*None*

J.   List your dependents, state your relationship to them, and state how much you contribute to their support each  month.  Also, state how long you have contributed to that support and other means by which your dependents receive support.

*None*

*None*

*None*

K.   Estimate the total amount of income or support that your dependents receive per month on the average, excluding your contributiions to them.

*None*

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

*Ms. Michael D. Torrence*
SIGNATURE

*February 15th, 2007*
DATE

9F

# NRC Orientation Information

As an inmate newly admitted to Northern Reception and Classification Center, you are in phase one orientation. You will remain in phase one for 60 days or until you are transferred to a permanent institution. In this phase, privileges and movement are limited. You will not have an assignment or receive state pay.

## Mail
You will be given paper, envelopes and pencils by security staff. If you write a letter, you must fill out a voucher to pay for the postage. You may advise people to write to you at: **Stateville Correctional Center, P.O. Box 112, Joliet, Illinois 60434.** Your institutional number must be written by your name on the envelope. Ensure mail address and money voucher are complete or the mail will not be sent out.

## Visits
Inmates in phase one do not have visiting privileges except for legal visits and emergency situations.

## Legal
Legal forms and general information are available by request from the Law Library. You may write to the Law Library for additional legal assistance if you require any additional information.

Your attorney must request a legal call, **in writing,** in order for you to call him/her. The request should be addressed to the Legal Services Department and should set the date and time for the attorney to receive a collect call.

## Telephone
You will receive one collect, ten minute, call while you are in phase one. Diagnostic inmates will receive 3 collect calls per month.

## Counselors
A counselor will interview you during intake process. A counselor will see you at least once every 60 days. Should you need counseling services between contacts, you can write to Clinical Services for assistance.

## Health Care
You will receive a complete medical and dental exam while you are in phase one. Should you need medical services, you may give a written request to the gallery officer or request assistance from medical staff who make rounds in the cell house.

## Mental Health Services
You will receive a mental health assessment while you are in phase one. You will be referred for continued mental health services when the mental health staff recommend this. Should you need mental health services you may give a written request to the gallery officer or request assistance from medical staff who make rounds in the cell house.

## Classification
You will be classified for one of twenty-four adult facilities based on your sentence, criminal history and bed space. Due to security issues, you can not be told the location or date of transfer in advance.

## Religious Services
Chaplains from several denominations and faiths make rounds in the cell house and distribute religious literature. You may write to the Chaplain's office for additional assistance. Bibles and Korans are available through the Chaplain.

*10*

**Housing**
**If you have concerns regarding your safety, contact any staff member immediately.** You will be assigned a cell by security staff. You must keep this cell in a safe and clean condition. Destruction of this area is grounds for disciplinary action.

You may request protective custody if you have safety concerns. You should report any assault, including sexual assaults or attempted assaults. You do not need to name the attacker to receive assistance.

**Meals**
Three meals a day will be served in your cell.

**Jumpsuits and Bedding**
You will be given a clean jumpsuit and clean sheets every week. You will be offered a shower weekly. You have been issued a bag with hygiene items. You may ask your gallery officer for a new bag when you have depleted the items.

**Prisoner Review Board**
The PRB meets once per month. The Board sets their own docket. Most inmates are heard at their permanent institution rather than at Stateville.

**Discipline**
You have been given a copy of the institutional rules and DR504. Inmates in phase one who are guilty of **a major rule violation (100 and 200 series rules), will be restricted to $15 for one year, and noncontact visits for two years. Good time revoked in phase one will not be restored without approval of the Associate Director.**

**Personal Property**
Inmates in diagnostic status (over 60 days) can purchase items (excluding tobacco products and audio/visual) from the commissary on a weekly basis. Food items will not be shipped when you transfer to another institution. They must be consumed or discarded.

**Grievances**
Grievance forms are available in the cell house. If you want to file a grievance, you should address it initially to the counselor. If the counselor's response does not resolve your concern, you may advance the grievance to institutional grievance officer.

**Renunciation of Affiliation with Security Threat Groups**
The department encourages inmates to renounce affiliation with any Security Threat Group (STG) and cease participation in its activities. In order to initiate renunciation of affiliation with an STG, a written request must be submitted to the inmate's counselor or unit superintendent who shall ensure that appropriate processing of it occurs.

**Smoking Policy**
Inmates housed in Stateville NRC are not allowed to possess tobacco products or matches. Possession of such items will result in a major disciplinary report.

**Temporary Identification Cards for Offenders**
In order to assist released offenders in the transition to the community, temporary identification cards may be issued to offenders who provide the required documentation and fee. The purpose of the ID card is to provide the released offender a chance to provide proof of his identity once released. Contact Field Services or your counselor for more information.

# How do I get my Temporary I.D. before being released?

I.  **In order to get a temporary I.D. card issued by IDOC prior to your release, you will first need to obtain a certified copy of your birth certificate and a duplicate social security card.**

## 1)  Certified copy of your birth certificate

*Meet with your assigned counselor to complete the process as listed below.*

    a.  Obtain and complete the Vital Records Information request form for a birth certificate.

        i.  The request form must be sent to the state in which you were born.

            1.  Correct state department/agency names and addresses for each state can be obtained from your counselor or found in the library.

    b.  Obtain a money voucher for in the correct amount for the fee that is charged by the state you were born in.

        i.  There is a fee, which varies state by state, charged for obtaining a copy of your birth certificate. The cost to obtain your birth certificate in Illinois $10.00. A listing of fees to obtain a birth certificate from other states can be obtained from your counselor or looked up in the library. (If you do not have enough money in your trust fund to cover the filing fee to obtain your birth certificate, the Inmate Benefit Fund may be utilized to pay this cost.)

    c.  Return the completed Vital Records Information request form, the money voucher to cover the cost of the state fee, a pre-paid postage envelope appropriately addressed to the state department located in the state you were born in and another self-addressed pre-paid postage envelope (for the birth certificate to be returned to you) to your counselor.

    d.  Your counselor will mail your request packet to the appropriate state.

    e.  Once your certified birth certificate is mailed back to the facility, it will be kept in a sealed confidential envelope in your master file. \*\*Please note that the name on your birth certificate must match the name you are incarcerated under, unless you have had a legal name change and have documentation to prove such.

## 2)  Social security card

*Meet with your assigned counselor to complete the process as listed below.*

    a.  Make sure you are eligible to apply for and receive a duplicate social security card.

        i.  An eligible offender is one who meets all of the following criteria:

            a.  Is incarcerated under his/her legal name.

            b.  Is a U.S. citizen

            c.  Has no extraditable, felony, out-of-state detainer(s)

            d.  Has previously been issued a Social Security Card under his/her legal name and is applying for a replacement Social Security Card.

    b.  Obtain and complete the application for a Social Security number (Form SS-5), the "Social Security Administration Consent for Release of Information" form and the "Certification of Prison Records Form." (Your counselor will help in making sure these forms are filled out appropriately.)

    c.  Return the completed forms to your counselor and he/she will mail them.

    d.  Once your duplicate social security card is mailed back to the facility, it will be kept in a sealed confidential envelope in your master file.

II.  **Once you know that you have successfully applied for and received a certified copy of your birth certificate and a duplicate social security card, you are eligible to receive a Temporary I.D.  NO LATER THAN 5 DAYS PRIOR TO RELEASE, you must submit a written request to your counselor, stating that you desire a temporary I.D.  Your counselor will then ensure that your request is processed and your Temporary I.D. will be given to you on the day of your release.**

*Please understand how important it is for you to get official state of Illinois identification (either a drivers license or identification card) upon release. State identification is needed when applying for employment, in order to cash checks, etc.  Obtaining your temporary I.D. from IDOC prior to release makes getting your official identification from Secretary of State (upon release) much easier!  See the form entitled "Secretary of State Identification Process" for the process and documents required for obtaining your official identification upon release.*

*Inmate Orientation Insert*

**Sexual Abuse / Assault / Misconduct Prevention and Intervention**

### I. What to Do If It Happens to You

Sexual misconduct and/or assault by staff or offenders are prohibited by state law and IDOC policy. Individuals who are guilty of this behavior can only be disciplined and/or prosecuted if the abuse is REPORTED. It is the policy of the IDOC to provide a safe and secure environment for all offenders. In an effort to provide for this environment any observance of sexual activity or assault should be reported. You can report sexual misconduct and/or assault in the following ways:

1. Tell a Staff Member

   You should immediately report the incident to a staff member. You can tell your counselor, chaplain, psychologist, medical personnel, or any other staff member you trust. All staff members are mandated to report such incidents and to remain confidential as to the nature of such events. Reporting staff will only discuss the incident with appropriate officials on a need to know basis.

2. Fill Out A Request Slip

   If you have knowledge of such activity or feel as though you need to discuss such activity you may "drop" a request slip to speak with "Internal Affairs", Assistant Wardens, or Warden.

3. Sealed Administrative Letter

   You may also send a sealed letter describing the allegations of such activities to the Warden of your facility. If you feel as though the allegations are to sensitive you may also send a sealed letter to the Deputy Director of you facility or to the Director of the Illinois Department of Corrections.

### II. Seeking Medical Assistance

You must seek medical assistance if:
1. You have been sexually assaulted,
2. You may be pregnant,
3. You may have been exposed to the HIV virus or other sexually transmitted diseases.

If you have been sexually assaulted, you must get medical attention immediately. You should request that a "rape kit" be performed. Even though you may want to clean up after the assault, it is important to see medical staff before you shower, wash, drink, eat, change clothing, or use the bathroom. Medical staff will examine you for injuries, which

may or may not be readily apparent to you. They can also examine you for sexually transmitted diseases and gather any physical evidence of assault. The individuals who engage in sexual activity with offenders can only be disciplined and/or prosecuted if the abuse is REPORTED.

Even though there is no such thing as Consensual Sex, if you have had sexual relations with staff or offenders while incarcerated, you should seek medical attention and be tested for pregnancy, HIV virus and other sexually transmitted diseases.

## III. Counseling

If you have been the victim of sexual abuse/assault or custodial sexual misconduct, you may want to seek counseling or advice from a psychologist. Crisis counseling and other special services are available to you.

## IV. Understanding the Investigative Process

Once the misconduct is reported, the department is required to conduct an investigation. The purpose of this investigation is to determine the nature and extent of the alleged abuse. You may be asked to testify during criminal proceedings. Any offender who alleges that he or she has been sexually assaulted shall be offered immediate protection and will be referred for a medical examination.

## V. Confidentiality

Information concerning the identity of an offender victim reporting a sexual assault or an act of misconduct, and the facts of the report itself, shall be limited to those who have a "need to know" in order to make decisions concerning the offender-victim's welfare and for law enforcement / investigative purposes.

## VI. Summary

**Sexual assault and misconduct are serious and sometimes criminal.** The Illinois Department of Corrections will investigate all allegations of a sexual nature reported by the offender population.

If YOU are found guilty of sexual assault or of false allegations, you will be subject to disciplinary action. This may include a loss of good time, segregation time, and/or additional criminal charges.

You have the right to be safe from sexual assault while you are incarcerated. At no time does anyone have the right to pressure or force you into sexual activity. You do not have to tolerate sexual assault or pressure to engage in unwanted sexual behavior regardless of your age, size, race, or ethnicity. Whether you are straight, gay, lesbian, or bisexual, you have the right to be safe from unwanted sexual advances and acts.

# INMATE INFORMATION

- PAROLE VIOLATORS: Give your NOC/VR to the counselor to speed up your transfer.
- Average length of stay at Stateville is 7-10 days, may be longer due to bed space, medical hold, writ, an early release date, a disciplinary report, etc...
- You will receive a calculation sheet in the cell house, usually three to four days.
- We do not know where or when you will be transferred until the day you leave.
- ED/ATC VIOLATORS must wait until their summary is received. This may cause a delay in your transfer.
- BOOTCAMPERS: You will be transferred as soon as your paperwork is approved. If you have any holds such as medical, warrants, issue with court documents, or issues on your rap sheet, it will delay your transfer.
- WRITS: you will be shipped back as soon as possible.

## PROPERTY ISSUES: INMATES CAN KEEP:
- PLAIN WEDDING BAND-NO STONES
- ONE BIBLE OR KORAN
- LEGAL PAPERS
- EMBOSSED PRESTAMPED ENVELOPES-LIMIT 12.
- LIMITED NOTE BOOK PAPER
- TWO PAIR OF PERSCRIPTION EYE GLASSES
- 12 PERSONAL LETTERS OR CARDS.
- UP TO 24 PICTURES. (NO GANG, NUDITY, DRUGS, ALCOHOL)
- ONE ADDRESS BOOK

APPROVED ITEMS ARE AT THE DISCRETION OF THE OFFICER. INMATES HAVE THE OPTION OF SENDING HOME ITEMS (AT THEIR EXPENSE) THEY CANNOT KEEP.

## GENERAL RULES OF THE CENTER:
- ZERO TOLERANCE FOR ANY MISBAVIOR.
- COMPLY WITH ALL STAFF DIRECTIONS.
- PLEASE DO NOT TALK DURING PROCESSING
- WALK IN SINGLE-FILE, KEEP HANDS BEHIND BACK.
- HALLWAY-KEEP BACK AGAINST WALL AND WAIT YOUR TURN.
- NO SMOKING WHILE IN R&C STATUS.

PLEASE BE ADVISED, IF YOU RECEIVE A DICLIPINARY REPORT DURING THE R&C PROCESS, IT WILL SLOW DOWN YOUR TRANSFER, REDUCE YOUR CHANCES OF RECEIVING MGT, SMGT, VISITS, ASSIGNMENTS COMMISSARY AND MANY OTHER PRIVILEGES AWARDED TO YOU.

# AFFIDAVIT OF SERVICE

I, *Michael D. Torrence*_____, state that I served a copy of the document to which this affidavit is attached upon each party, or, if represented by counsel, upon the attorney of record for said party (ies) by enclosing the same in a sealed envelope plainly addressed as is disclosed by the pleadings of record herein and by depositing each of such envelopes in the box designated for United States mail at *Pontiac*_____Correctional Center, *Pontiac*_____ Illinois, together with the appropriate request to the prison official responsible to affix fully prepaid thereon, on this _15th_ day of _February_____, 20 _07_.

*Mr. Michael D. Torrence*
Signature

# VERIFICATION

I, *Michael D. Torrence*_____, the undersigned, certify and state that:

1. I am the (Petitioner/Respondent) in the above captioned legal matter.

2. I have read the foregoing application and have knowledge of its contents; and

3. **Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.**

*Mr. Michael D. Torrence*
(Your signature)

AO 240  (Rev. 9/96)

# United States District Court

DISTRICT OF ―――――――――

*Michael D. Torrence*

**Plaintiff**

## APPLICATION TO PROCEED
## WITHOUT PREPAYMENT OF
## FEES AND AFFIDAVIT

**V.**

*Gardner ET, AL.*

**Defendant**

**CASE NUMBER:**

I, *Michael D. Torrence* _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?          ☒ Yes          ☐ No          (If "No" go to Part 2)

   If "Yes" state the place of your incarceration *Pontiac C.C. Illinois Dept of Corrections*

   Are you employed at the institution? *NO*     Do you receive any payment from the institution? *NO*

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?          ☒ Yes          ☐ No

   a.  If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   *N/A*

   b.  if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   *N/A*

3.  In the past 12 twelve months have your received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☒ Yes | ☐ No |

   If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive. *Family Supply money to purchase Hygiene items*

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes" state the total amount. _NONe_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes" describe the property and state its value.

   NONe

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   NONe

I declare under penalty of perjury that the above information is true and correct.

_February 15, 2007_     _Ms. Michael D. Torrence_
DATE                     SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her

credit at (name of institution) _____ . I further certify

that the applicant has the following securities to his/her credit: _____

_____ . I further certify that during the past six months the applicant's

average balance was $ _____ .

_____        _____
DATE                             SIGNATURE OF AUTHORIZED OFFICER

4.  Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

If "Yes" state the total amount.  _NoNe_

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

If "Yes" describe the property and state its value.

_NoNe_

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

_NoNe_

I declare under penalty of perjury that the above information is true and correct.


_February 15, 2007_                 _Ms. Michael D. Torrence_
DATE                                     SIGNATURE OF APPLICANT


**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts. expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her

credit at (name of institution) _____ . I further certify

that the applicant has the following securities to his/her credit: _____

_____ . I further certify that during the past six months the applicant's

average balance was $ _____ .


_____          _____
DATE                                     SIGNATURE OF AUTHORIZED OFFICER



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

Pontiac Correctional Center/700 W. Lincoln Street/P.O. Box 99/Pontiac, IL 61764/Telephone:(815)842-2816/TDD: (800)526-0844

## M E M O R A N D U M

DATE: 2/14/07

TO: M. Torrance, N82993

FROM:   James Cunningham
        Business Administrator

SUBJECT:   Trust Fund Request

We are in receipt of your request for a transaction statement.  It is the policy of the Pontiac Correctional Center that a 90 day transaction statement will be provided upon request once every 30 days.

If you need a six month transaction statement to send to the federal court, your request must be accompanied by either A or B noted below.  If you need a six month transaction statement to send to the circuit court, your request must be accompanied by C.

A.)   A court order requiring you to provide the transaction statement.
B.)   The  Forma Pauperis Certificate attached to your completed complaint.
       Your submitted documents will be returned to you with the requested
       transaction statement and completed Forma Pauperis Certification.
C.)   Your completed complaint, which will be returned to you with the
       requested transaction statement.

If you have any questions, please contact your correctional counselor.

NOTE:  LAST STATEMENT DATE: _____

cc:    file; chron

# Pontiac Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 11/20/2006 thru End;    Inmate: N23993;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

**Inmate: N23993 Torrence, Michael**                  **Housing Unit: PON-N -06-42**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| | | | | | **Beginning Balance:** | | **41.04** |
| 11/20/06 | Mail Room | 04 Intake and Transfers In | 324262 | 91707 | Hill C.C. | 1.70 | 42.74 |
| 12/01/06 | Disbursements | 88 Magazine | 335320 | Chk #61231 | 12/01/06, Auto Focus, Inv. Date: 12/01/2006 | -4.00 | 38.74 |
| 12/01/06 | Disbursements | 88 Magazine | 335320 | Chk #61232 | 12/01/06, Apartments For Rent , Inv. Date: 12/01/2006 | -3.00 | 35.74 |
| 12/13/06 | Point of Sale | 60 Commissary | 347767 | 231505 | Commissary | -14.94 | 20.80 |
| 12/13/06 | Disbursements | 84 Library | 347320 | Chk #61420 | 492526, DOC: Library Copies, Inv. Date: 12/12/2006 | -.60 | 20.20 |
| 12/13/06 | Disbursements | 81 Legal Postage | 347320 | Chk #61422 | 490297, Pitney Bowes Bank, Inc, Inv. Date: 11/27/2006 | -.87 | 19.33 |
| 12/15/06 | AP Correction | 88 Magazine | 349520 | Chk #61232 Voided | 12/01/06 - Apartments For Rent | 3.00 | 22.33 |
| 01/17/07 | Point of Sale | 60 Commissary | 017731 | 234035 | Commissary | -14.63 | 7.70 |
| 02/15/07 | Disbursements | 84 Library | 046320 | Chk #61997 | 497561, DOC - Library Copies, Inv. Date: 01/23/2007 | -.55 | 7.15 |
| 02/15/07 | Disbursements | 81 Legal Postage | 046320 | Chk #61999 | 499082, Pitney Bowes Bank, Inc, Inv. Date: 02/07/2007 | -.39 | 6.76 |
| 02/15/07 | Disbursements | 81 Legal Postage | 046320 | Chk #61999 | 497353, Pitney Bowes Bank, Inc, Inv. Date: 01/22/2007 | -1.59 | 5.17 |
| 02/15/07 | Disbursements | 83 Copies | 046320 | Chk #61998 | 498977, DOC: 523 Fund Reimburs, Inv. Date: 02/06/2007 | -4.65 | .52 |

| | |
|---|---|
| **Total Inmate Funds:** | .52 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | .52 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

E-FILED
Wednesday, 21 February, 2007 04:09:57 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

Michael D. Torrence )
          **Plaintiff** )
           )
      **vs.** )**Case No.** _____
           )
Gardner, McNair, Roberson, Lt. Nance, )
Lt. Brozenski, adrienne D. Johnson, Shirley )
Roberts, D. Battaglin, medical technicians, )
medical Nurse's. "et al" )
          **Defendant(s)** )

## COMPLAINT

☒ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other _____

_____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

    Now comes the plaintiff, Michael D. Torrence _____, and states as follows:

My current address is: P.O. Box 99
                   Pontiac, IL. 61764-0099

The defendant(s) Gardner & McNair & Roberson is employed as Correctional officers at Stateville Correctional Center NRC unit

The defendant(s) Lt. Brozenski & Lt. Nance, is employed as Correctional officers lieutenants at Stateville Correctional Center NRC unit

The defendant _adrienne Johnson & Shirley Roberts_, is employed as _adjustment committee Chairperson and Staff_ at _Stateville Correctional Center NRC unit_

The defendant _D. Battaglia_, is employed as _Warden_ at _Stateville Correctional Center NRC unit_
(revised 9/96)

The defendant _medical technicians & NURSES_, is employed as _medical Staff & personnel_ at _Stateville Correctional Center NRC unit_

Additional defendants and addresses _Stateville CC. P.O. Box 112 ; Joliet, IL. 60434_

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

**A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?**          Yes          ⊠    No    ▢

If yes, please describe

_Torrence v. Hall a Arkansas Case filed in 1988 or 89 ; Torrence vs. Muslik (illinois) ; Torrence v. Roger E. Walker 2006 (# 06 • MR • 36)_

**B. Have you brought any other lawsuits in state or federal court while incarcerated?**

Yes          ⊠    No    ▢

**C. If your answer to B is yes, how many?** _3_    Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1.  Parties to previous lawsuit:

Plaintiff(s)  (1) _Torrence_          (2) _Torrence_          (3) _Torrence_

Defendant(s)  _v. Hall_          _v. Muslik et al_          _v. Roger E. Walker et al_
_1988 or 89_          _(illinois) 1991 or 92_          _(Illinois) 2006  06 • MR • 36_

2.  Court (if federal court, give name of district; if state court, give name of county)

Torrence v. muslik (Northern District Court) Torrence v. Roger E. walker (Fulton County, Illinois)

___

3. Docket Number/Judge

I don't Remember Docket Number for Torrence v. musilk or Judge Name
2006 Docket Number 06·MR·36 Torrence v. Roger E. walker. I don't Known the Judge assigned

4. Basic claim made

2006 Claim (declaratory Judgement)   Cruel & unusual punishment  Cruel & unusual punishment
Home electronic Detention Law         (Torrence v. musilk)         Torrence v. Hall

5. Disposition (That is, how did the case end. Was the case dismissed?  Was it appealed?  Is it          still pending?)

2006 Claim still pending) Torrence v. Musilk (dismissed) Torrence v. Hall (settled out of court)

6. Approximate date of filing of
         Torrence v. Hall    Torrence v. musilk   Torrence v. Roger E. walker Et AL:
lawsuit  1988 or 89         1991 or 92          may 30, 2006

7. Approximate date of disposition

I CAN NOT Remember the date of disposition of these case(s)

For additional cases, provide the above information in the same format on a separate page.


EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?  Yes ☒     No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?  Yes ☒

No ☐   If your answer is no, explain why not

_____

_____


C. Is the grievance process completed?   Yes ☒   No ☐

   *PLEASE NOTE:  THE PRISON LITIGATION REFORM ACT BARS ANY*

# STATEMENT OF CLAIM

Place of the occurrence  Stateville C.C. NRC Unit

Date of the occurrence  January 10, 2006

Witnesses to the occurrence  André Emery #B-15988   Correctional officers  J. Stephens & P. Jones & Lt. Dumars

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.*
*Unrelated claims should be raised in a separate civil action.*
### THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

On 1·10·06 Lt. Brozenski, Lt. Nance, (acting) Sgt. Roberson & correctional officer Gardner assaulted me while I was in handcuffs in the shower area of Segregation unit of the Northern Receiving Classification Unit. Lt. Brozenski & Sgt. Roberson each held one of my arms as officer Gardner assaulted me. Officer Gardner struck me with his fist in the midsection and upper torso of my body with his fist striking me in the stomach, ribs, chest & back. while Lt. Nance stood back and allowed this assault to take place.

On 1·10·06 officer McNair wrote me a disciplinary report which was false the disciplinary report claimed I was assigned to cell #212 records will indicate I was never assigned to that cell, my witness André Emery B15988 was my cell mate on the exact date & time, Emery was not given a disciplinary or taken to Segregation.

% McNair discrimination against me violated the rules & procedures of Illinois Dept. of Corrections McNair singled me out, of a 2 person cell to be the victim of this Cruel & unusual punishment The Stateville CC continues to allow adrianne D. Johnson to operate the adjustment committee after a court ruling to have Johnson removed from adjustment committee for direct violating a persons due process rights & not calling witnesses André Emery B·15988 statement was relevant, Emery would have

Informed the adjustment committee that we were assigned to Cell 312 Not 212 and I was innocent of all Charges brought forth by % McNair, Emery B15988 Statement was relevant as I never admitted to any of these Charges. violating my due process rights & administrative codes)

As of 1·10·06 I immediately begin a hunger Strike which lasted for nine days to bring attention to the Staff Misconduct and to inquire that a investigation be conducted. I immediately wrote a emergency grievance to the warden D. Battaglin office. I was denied the right to speak with a officer of the Stateville internal affairs office.          I was also denied immediate medical attention by medical technicians and staff. I reported on several occasions to Staff & medical personnel during court procedures and passing out medication that I was assaulted by staff and I was denied by several Correctional officers and medical staff that I feared for my health & Safety and was assaulted by staff and No one reported or Supported the mandate System to report such incident with or too the appropriate officials I feared Constantly that Lt. Brozowski Lt. Nance, Sgt. Roberson & Gardner would return to my Cell and kill me. medical Staff refused to See me or x-ray me. indirect violation of my due process rights (deliberate indifference) with medical personal

I feel I suffered cruel & unusual punishment at the hands of these staff members of the Stateville Correctional Center. my due process rights were violated by the hands of the adjustment committee & I was not given equal protection of the law as secured by the State of ILLINOIS & U.S. Constitution

I have enclosed for exhibit purpose (a) disciplinary Summary report (b) disciplinary report (c) grievance (d) grievance response (E) ILLINOIS dept. of Corrections response (f) NRC Orientation information insert (Sexual abuse · assault · misconduct prevention & Intervention pages 1 of 2 and Case of wolcott vs. Johnson; I also want to request video tapes of the incident which occurred on January 10·2006 at the Stateville NRC unit, which should show the incident that occurred at stateville.

Mr. Michael A. Torrence  N.23993

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

I would like to file Criminal Charges against staff directly & indirectly involved, all appropriate

removal of staff from the ILLINOIS Dept. of Corrections (Firing officers & staff directly & indirectly involved

award monetary reward for punitive damages for Cruel & unusual punishment $250,000 per

defendant, & additional $150,000 per defendant for direct violation of my state of ILLINOIS &

U.S. Constitutional rights, and emotional distress

plus the cost for all legal fees & Court Cost in addition to the cost of fees for Copies, postage,

filing fees, and any and all justifiable remedy this honorable Court feels justifies the relief

**JURY DEMAND**          Yes  ☒    No  ☐

**Signed this** _15th_ **day of** _February_ ,

_2007_.

_Michael D. Torrence_

( *Signature of Plaintiff* )

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Michael D. Torrence | N23993 |
| Address: | Telephone Number: |
| P.O. Box 99  Pontiac, IL. 61764-0099 | N/A |

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

N23993

| Date: 1/11/2006 | Committed Person: (Please Print) TORRENCE, Michael | ID#: 1/11/2006 |
| Present Facility: Stateville NRC | Facility where grievance issue occurred: Stateville NRC | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☑ Other (specify) Staff Assault

☐ Disciplinary Report: _____ / _____ / _____
Date of Report    STA #: 0074   Facility where issued

JAN 1 9 2006

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: DN 1/10/06 at Brozenksi Lt. Nance, Sgt Raberson (Acting) and C/o
Gardner assaulted me, while I was handcuffed in the Shower area of Segregation.
Lt. Brozenksi and Sgt Raberson held me while C/o Gardner assaulted me by hitting me in the
midsection of my upper torso, while striking me in the ribs, stomach, back and chest
area. Lt. or Sgt did nothing to Stop this assault.
I feel my health, safety and life is in jeopardy at the Stateville NRC unit. I have informed
Several Staff members including C/o J. Stephens 7-3 shift, Lt. Dumars 3-11 shift, C/o R. Jones
3-11 shift and Medical personnel as well. I have been denied the right to Speak with
"Internal Affairs" and several Staff members have failed to report this incident to the proper
another authority for investigation Statues. Correctional officers have failed to Support the "Oath"

Relief Requested: I would like to file criminal Charges, Moved to a More Safer and Secure environment, all
Appropriate disciplinary actions Necessary, the firing of all C/o's involved, including those who Stood around
and Watched, Awarded Restitution for IDOC Not providing Safe and Secure environment, but not limited to monetary

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Mr. Michael D. Torrence    N23993    1 - 11 - 2006
Committed Person's Signature    ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

| Date Received: _____ / _____ / _____ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

_____

_____

_____

Print Counselor's Name    Counselor's Signature    Date of Response

**EMERGENCY REVIEW**

Date Received: 1 / 19 / 06    Is this determined to be of an emergency nature?
☑ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

D. Battaglia    Sdn
Chief Administrative Officer's Signature    1 , 19 , 06
Date

Distribution: Master File; Committed Person    Page 1    DOC 0046 (Eff. 10/2001)
(Replaces DC 5657)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE  (Continued)**

Mandated System to report Such incidents with the appropriate officials. I feel I CAN NOT trust any of the staff working at the Stateville NRC including officers counselors, psychologist, and medical personnel

I received several body blows by %o Gardner while staff members Lt. Brozenski and Sgt Roberson held my arms while I was cuffed up. I informed medical personnel on threes I was coughing up blood and I felt one of my ribs maybe broken on the Left side. Medical staff refused to give me a X-ray or provide proper medical treatment. I was merely checked by a medical staff member raising up my T-shirt thats all. and I also informed staff from medical personnel standing in my cell 1-13 that I wanted to report a assault by staff but to NO avail.

The Stateville NRC unit has forced me to participate on my own behalf a Hunger Strike for the Health, Safety and Jeopardy of my life. I do not feel Safe a secure.

# STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** TORRENCE, MICHAEL     **IDOC Number:** N23993     **Race:** BLK

**Hearing Date/Time:** 1/17/06  10:03 AM     **Living Unit:** NRC-RA-01-13     **Orientation Status:** N/A

**Incident Number:** 200600120/1 - STA     **Status:** Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 1/10/06 | 200600120/1-STA | MCNAIR, STACY N | NRC-NORTHERN REC. & CLASS. | 07:15 AM |
| 1/10/06 | 200600120/2-STA | MCNAIR, STACY N | NRC-NORTHERN REC. & CLASS. | 08:20 AM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 206 | Intimidation Or Threats | Not Guilty |
| 304 | Insolence | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|------------|--------------|----------------|

**No Witness Requested**

## RECORD OF PROCEEDINGS

INMATE PRESENT. REPORT READ, INMATE STATED: I DID CURSE HER OUT WHEN THEY CAME TO MY CELL TALKING ABOUT I THREATEN THE OFFICER. THEY PUT ME IN THE SHOWER AND THAT'S WHEN I CURSED HER OUT. I WAS NEVER ASSIGNED TO CELL #212 UNIT U, I WAS IN CELL #312 UNIT U, ON 1-10-06.

## BASIS FOR DECISION

1. INMATE STATED HE DID MAKE INSOLENT REMARKS TO THE REPORTING OFFICER, AS REPORTED.

2. THE COMMITTEE IS SATISFIED WITH THE WRITTEN REPORT WHICH WAS CORROBORATED BY THE INMATE STATEMENT.

COMM. NOTES: INMATE WITNESS ANDRÉ EMERY #B15988, STATEMENT WAS CONSIDERED TO BE IRRELEVANT, BASED THAT INMATE STATED HE DID MAKE INSOLENT REMARKS TO THE REPORTING OFFICER.

## DISCIPLINARY ACTION *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|-------------|-------|
| 15 Days  Segregation | 15 Days  Segregation |
| **Basis for Discipline:**NATURE OF OFFENSE | |

### Signatures
#### Hearing Committee

| | Signature | Date | Race |
|--|-----------|------|------|
| JOHNSON, ADRIENNE D  - Chair Person | | 01/17/06 | BLK |
| ROBERTS, SHIRLEY | | 01/17/06 | BLK |

Recommended Action Approved

## Final Comments: N/A

# STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** TORRENCE, MICHAEL     **IDOC Number:** N23993     **Race:** BLK

**Hearing Date/Time:** 1/17/06  10:03 AM     **Living Unit:** NRC-RA-01-13     **Orientation Status:** N/A

**Incident Number:** 200600120/1 - STA     **Status:** Final

---

DEIRDRE L BATTAGLIA / JDD  1/19/06            01/19/06

**Chief Administrative Officer**           **Signature**            **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

**Employee Serving Copy to Committed Person**         1/19/06 2:38 via mail

                                        **When Served - - Date and Time**



**Rod R. Blagojevich**
Governor

# Illinois
**Department of**
# Corrections

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

December 7, 2006

Michael Torrence
Register No. N23993
Illinois River Correctional Center

Dear Mr. Torrence:

This is in response to your grievance received on August 18, 2006, regarding staff conduct (CO Gardner 1/10/06), which was alleged to have occurred at Stateville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

In your grievance you write that while being placed in segregation on January 10, 2006 you were assaulted in the segregation shower area at Stateville NRC by CO Gardner. You allege that while handcuffed, you were held by the arms by Lt. Brozenski and Sgt. Roberson while CO Gardner repeatedly assaulted you by hitting you in the chest, upper torso, back and ribs. You also indicate Lt. Nance witnessed this and did nothing. You request the incident be investigated and criminal charges be filed against these employees. You further request unspecified monetary awards be provided to you.

The Grievance Officer's report 0074 and subsequent recommendation dated July 21, 2006 and approval by the Chief Administrative Officer on July 28, 2006 have been reviewed.

**Reccommendation:  Grievant's written statement dated January 11, 2006 and forwarded to Warden Battaglia January 19, 2006 (Determined to be an emergency grievance to be expedited) and STA Grievance Officer Workman's July 21, 2006 response be forwarded to Stateville CC Internal Affairs for investigation regarding allegations of staff assault on Inmate Torrence N23993 on the date indicated.**

FOR THE BOARD: _____

Brian Fairchild
Administrative Review Board
Office of Inmate Issues

**I concur.  Warden McCann is to proceed accordingly and provide a copy of the completed investigation to this office upon completion.**

Roger E. Walker Jr.
Director

cc:   Warden Terry McCann, Stateville Correctional Center
      Michael Torrence, Register No. N23993
      Tickler

# Illinois
## Department of
# Corrections

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

March 23, 2006

Michael Torrence
Register No. N23993
Illinois River Correctional Center

Dear Mr. Torrence:

This is in response to your grievance received on February 9, 2006, regarding two disciplinary report dateds January 10, 2006 (200600120/1-STA and 200600120/2-STA) which were alleged to have occurred at Stateville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

In your grievance you write that the cell number on the ticket is not the same as the cell you were in. You further allege that witness Emery B15988 was not called and that Emery did not receive a disciplinary report as he should have in your opinion. You further ask that CO McNair be suspended for 30 days and that you be transferred to a minimum security facility and be compensated for state pay you would have received if you had not been placed in segregation.

CO McNair wrote the first report (200600120/1-STA) at 7:15AM January 10, 2006 charging violation of 206 – Intimidation and Threats and 304 – Insolence. McNair notes in her report that you were housed in 3 gallery in cell 212 when you said "Turn those fucking lights off, bitch." McNair further notes she advised you that the lights will go out after count. At that time you addressed her directly, saying, "Fuck you, you lousy bitch, I don't care about no lights. I will fuck your lousy ass up."

CO McNair wrote the second report at 8:25AM the same day charging violation of 206 – Intimidation and Threats and 304 – Insolence. McNair notes in her report you were being held in the bullpen and addressed her, saying, "You punk bitch you need to get your ass off your shoulder."

The Adjustment Committee Hearing was conducted at Stateville CC on January 17, 2006 at 10:03AM where both tickets were heard together. The committee found grievant guilty of the 304 charge and not guilty of the 206 charge. The recommended disciplinary action was 15 days segregation. The CAO concurred on January 19, 2006. The Basis for Decision also notes that witness Emery B15988 was not called due to the fact grievant did admit to making insolent statements to CO McNair and McNair was the reporting officer.

This office notes the error on the first ticket regarding cell assignment. However the second ticket makes no such error and will suffice for a complete rationale in regard to discipline imposed.

Based on a review of all available information and a compliance check of the procedural due process safeguards outlined in Department Rule 504, this office is reasonably satisfied you committed the offense and recommends the grievance be denied.

FOR THE BOARD: _____
Brian Fairchild
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____

Roger E. Walker Jr.
Director

cc:    Warden Donald Hulick, Illinois River Correctional Center
       Michael Torrence, Register No. N23993

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO COMMITTED PERSON'S GRIEVANCE

**Grievance Officer's Report**

Date Received: January 19, 2006          Date of Review: July 21, 2006          Grievance # (optional): 0024

Committed Person: Michael Barrener          ID#: N-22993

Nature of Grievance: Staff Conduct

Facts Reviewed: Grievant alleges he was assaulted in the shower by NRC staff. He felt his health and safety were in jeopardy. He went on a hunger strike until he was transferred.

Further investigation by Grievance Office, finds that no indications of an assault on grievant were substantiated through the medical staff. C/O Gardner does not recall the incident. Investigations states that he alleges that an assault happened.

Recommendation: Grievance is denied

Ann Workman
Print Grievance Officer's Name                                    Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

**Chief Administrative Officer's Response**

Date Received: 7-28-06     ☒ I concur     ☐ I do not concur     ☐ Remand

Comments:

Chief Administrative Officer's Signature                                              Date  7-28-06

**Committed Person's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Committed Person's Signature                              ID#              Date

Distribution: Master File; Committed Person          Page 1

**COMMITTED PERSON'S GRIEVANCE**

N23993

| Date: 1/11/2006 | Committed Person: (Please Print) TORRENCE, Michael | ID#: 1/11/2006 |
|---|---|---|
| Present Facility: Stateville N.R.C. | Facility where grievance issue occurred: Stateville N.R.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [x] Other (specify) Staff Assault

- [ ] Disciplinary Report ___/___/___
  Date of Report

JAN 1 9 2006

STA # 0094 Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** ON 1/10/06 at Brozenski, Lt. NANCE, Sgt. Roberson (acting) and C/o Gardiner assaulted me, while I was handcuffed in the Shower area of Segregation. Lt. Brozenski and Sgt. Roberson held me, while C/o Gardner assaulted me by hitting me in the midsection of my upper torso, with his fist striking me in the ribs, stomach, back and Chest area. Lt. or Sgt. did nothing to stop this Assault.

I feel my health, Safety and life is in Jeopardy at the Stateville NRC unit. I have informed Several Staff members including C/o J. Stephens, 7-3 shift c/o Dumais 3-11 shift C/o P. Jones 3-11 shift and Medical personnel as well. I have been denied the right to Speak with "INTERNAL Affairs" And several Staff Members have failed to report this incident to the proper Authority for investigation Statues. Correctional officers have failed to support the over

**Relief Requested:** I would like to file criminal charges, Moved to a More Safer Secure environment. All Appropriate disciplined Actions Necessary, the firing of All C/o's involved, including those who stood around and watched. Awarded Restitution for IDOC Not providing Safer Secure environment. but not limited to monetary awards.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Mr. Michael P. Torrence | N23993 | 1/11/2006 |
|---|---|---|
| Committed Person's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

| Date Received: ___/___/___ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response ___/___/___ |
|---|---|---|

---

**EMERGENCY REVIEW**

| Date Received: 1/19/06 | Is this determined to be an emergency nature? | [x] Yes, expedite emergency grievance |
|---|---|---|
| | | [ ] No, an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |

| D. Battaglia Sr. | 1/19/06 |
|---|---|
| Chief Administrative Officer's Signature | Date |

Distribution: Master File, Committed Person          Page 1          DOC 0046 (Eff. 10/2001)
(Replaces DC 3657)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

Mandated System to report such incidents with the appropriate officials. I feel I can not trust any of the staff working at the Stateville NRC including officers, counselors, psychologist, and medical personnel.

I received several body blows by C/O Gardner while staff members Lt. Brozenski and Sgt. Roberson held my arms while I was cuffed up. I informed medical personnel on 1/10/06 I was coughing up blood and I felt one of my ribs maybe broken on the left side. Medical staff refused to give me a x-ray or provide proper medical treatment. I was merely checked by a medical staff member raising up my T-shirt thats all. and I also informed staff from medical personnel standing in my cell 1-13 that I wanted to report a assault by staff but to no avail.

The Stateville NRC unit has forced me to participate on my own behalf a hunger strike for the health, safety and jeopardy of my life. I do not feel safe & secure.

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report | |
|---|---|

Date Received: January 19, 2006 . . . . . . . . Date of Review: July 21, 2006 . . . . . . . Grievance # (optional)  0074 . . . . . . . .

Committed Person: Michael Torreuse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ID#: K32993 . . . . . . . . . . . . . . . . . .

Nature of Grievance:  Staff Conduct

**Facts Reviewed:**  Grievant alleges he was assaulted in the shower by NRC staff. He felt his health and safety were in jeopardy. He went on a hunger strike until he was transferred.

Further investigation by Grievance Office, finds that no indications of an assault on grievant were substantiated through the medical staff. C/O Gardner does not recall the incident. Investigations states that he alleges that an assault happened.

**Recommendation:**  Grievance is denied.

Tom Workman . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Print Grievance Officer's Name             Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | |
|---|---|

Date Received:  7-28-06             ☒ I concur    ☐ I do not concur    ☐ Remand

Comments:

_____             7-28-06
Chief Administrative Officer's Signature             Date

| Committed Person's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P. O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____             _____    _____
Committed Person's Signature             ID#             Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

N23993

| Date: 1/11/2006 | Committed Person: (Please Print) Torrence, Michael | ID#: 1/11/2006 |
|---|---|---|

| Present Facility: Stateville NRC | Facility where grievance issue occurred: Stateville NRC |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [x] Other (specify) Staff Assault

JAN 1 9 2006
STA # 0094  Facility where issued

- [ ] Disciplinary Report: ____ / ____ / ____
        Date of Report

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer

Brief Summary of Grievance: On 1/10/06 Lt. Brozenksi, Lt. Nance, Sgt. Roberson (Acting) and C/o Gardner assaulted me, while I was handcuffed in the shower area of Segregation. Lt. Brozenksi and Sgt. Roberson held me, while C/o Gardner assaulted me by hitting me in the midsection of my upper torso, with his fist striking me in the ribs, stomach, back and chest area. Lt. or Sgt. did nothing to stop this Assault.

I feel my health, safety and life is in Jeopardy at the Stateville NRC unit. I have informed several staff members including C/o J. Stephens 7-3 shift C/o Dummars 3-11 shift C/o P. Jones 3-11 shift and Medical personnel as well. I have been denied the right to speak with "Internal Affairs" and several staff members have failed to report this incident to the proper ~~another~~ authority for investigation Statues. Correctional officers have failed to support the "over"

Relief Requested: I would like to file criminal charges, Moved to a Moore safer, secure environment. All appropriate disciplinary actions Necessary, the firing of all C/o's involved, including those who stood around and watched, Awarded Restitution for IDOC Not providing safer, secure environment, but not limited to monetary Damages.

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Dr. Michael Torrence | N23993 | 1 / 11 / 2006 |
|---|---|---|
| Committed Person's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: ____ / ____ / ____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

Date Received: 1 / 19 / 06

Is this determined to be of an emergency nature?
- [x] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

| D. Battaglia Sen | | 1 / 19 / 06 |
|---|---|---|
| Chief Administrative Officer's Signature | | Date |

Distribution: Master File; Committed Person  Page 1  DOC 0046 (Eff. 10/2001)
(Replaces DC 5657)

Printed on Recycled Paper

Mandated system to report such incidents with the appropriate officials. I feel I cannot trust any of the staff working at the Stateville NRC including officers counselors, psychologist, and medical personnel.

I received several body blows by Lt. Gardner while staff members Lt. Brozenski and Sgt. Roberson held my arms while I was cuffed up. I informed medical personnel on 1/10/06 I was coughing up blood and I felt one of my ribs maybe broken on the left side. Medical staff refused to give me a x-ray or provide proper medical treatment, I was merely checked by a medical staff member raising up my T-shirt thats all. and I also informed staff from medical personnel standing in my cell 1-13 that I wanted to report a assault by staff but to no avail.

The Stateville NRC unit has forced me to participate on my own behalf a Hunger strike for the Health, Safety and Jeoperdy of my life. I donot feel safe & secure.

IN THE

_U.S District Court_

_Central District of ILLINOIS_

Michael D Torrence                    )
Plaintiff,                            )
                                      )    Case No. _____
        v.                            )
                                      )
Gardner, McNair, Roberson, Nance Brozenski,  )
Defendant Johnson, Roberts, Brittaglia & medical
         technicians and medical Nurse's

## PROOF/CERTIFICATE OF SERVICE

TO: _U.S. District Clerk of Courts_        TO: _Attorney General_
    _Central District of ILLinois_             _Lisa Madison_
    _____                    _500 Second St._
    _____                    _Springfield, IL. 62701_

PLEASE TAKE NOTICE that on _February 15th_____, 20_07_, I have placed the documents listed below
in the institutional mail at _Pontiac_____ Correctional Center, properly addressed to the parties listed above
for mailing through the United States Postal Service: _P.O. Box 99_____
_Pontiac, IL. 61764_____

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a
named party in the above action, that I have read the above documents, and that the information contained
therein is true and correct to the best of my knowledge.

DATE: _February 15th 2007_              /s/ _Mr. Michael D Torrence_
                                        NAME: _Michael D. Torrence_
                                        IDOC#: _N-23993_
                                        _Pontiac_____ Correctional Center
                                        P.O. BOX _99_
                                        _Pontiac_____, IL _61764_

Revised Jan 2002