UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

_Michael D. Torrence_,                )
    Plaintiff,              )
    vs.                     )   No. _____
_Gardner, McNair, Roberson, Lt. Nance, Lt. Brozenski,_
_D. Battaglin, adrienna Johnson, Shirley Roberts &_,  )
_medical technicians, medical Nurses_
    Defendant(s)            )

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, _Michael D. Torrence_, declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant the motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this lawsuit:

_I have no legal knowledge of litigation experience and I need appropriate counsel to represent me in this honorable Court so that my rights are secured and not taken advantage of._

3. In further support of my motion, I declare that (check appropriate answer):

    **X**    I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

    ____    I am currently (or previously have been) represented by counsel appointed by this court in the proceeding(s) described on the attached page.

4. In further support of my motion, I declare that (check appropriate answer):

__X__   I have attached an original application to proceed in forma pauperis detailing my financial status.

_____   I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

_____   I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

_Mr. Michael D. Torrence #N-23993_
Movant's Signature

_P.O. Box 99_
Street Address

_Pontiac, Illinois, 61764_
City/State/Zip Code

Date: _February 15th 2007_

10/94

2