

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

February 22, 2007

                                           Re: Michael D. Torrence N 23993
                                           Case No.07-1040

Trust Fund Department
Pontiac Correctional Center
PO Box 99
Pontiac, IL 61764

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from the above named inmate. In order for the Court to determine whether s/he is entitled to proceed in forma pauperis, the Court must review his/her trust fund ledgers for the six months immediately proceeding receipt of his/her complaint. Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of the above named inmate's trust fund ledgers for the period 8/21/06-2/21/07 within ten days of the date of this letter. Please mail the trust fund ledgers to:

        United States District Court
        Central District Of Illinois
        309 Federal Building
        100 N.E. Monroe
        Peoria, IL 61602

Please refer to the above referenced case number when submitting the trust fund ledgers. Thank you.

                                           Sincerely,

                                           John M. Waters

                                           Clerk, U.S. District Court

cc: Inmate