

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

JOHN M. WATERS
CLERK OF COURT

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
TEL: 309.671.7117
FAX: 309.671.7120

FILED
FEB 26 2007

February 22, 2007

Re: Michael D. Torrence N 23993
Case No. 07-1040

Trust Fund Department
Pontiac Correctional Center
PO Box 99
Pontiac, IL 61764

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from the above named inmate. In order for the Court to determine whether s/he is entitled to proceed in forma pauperis, the Court must review his/her trust fund ledgers for the six months immediately proceeding receipt of his/her complaint. Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of the above named inmate's trust fund ledgers for the period 8/21/06-2/21/07 within ten days of the date of this letter. Please mail the trust fund ledgers to:

United States District Court
Central District Of Illinois
309 Federal Building
100 N.E. Monroe
Peoria, IL 61602

Please refer to the above referenced case number when submitting the trust fund ledgers. Thank you.

Sincerely,

John M. Waters

Clerk, U.S. District Court

RECEIVED
FEB 23 2007
PCC TRUST OFFICE

cc: Inmate

REPORT CRITERIA - Date: 08/21/2006 thru 02/21/2007;   Inmate: N23993;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N23993 Torrence, Michael**  **Housing Unit: PON-N -06-42**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Beginning Balance: |  | 0.00 |
| 10/31/06 | Mail Room | 04 Intake and Transfers In | 304262 | 91501 | Hill C.C. | 82.37 | 82.37 |
| 11/03/06 | Point of Sale | 60 Commissary | 307705 | 228379 | Commissary | -41.33 | 41.04 |
| 11/20/06 | Mail Room | 04 Intake and Transfers In | 324262 | 91707 | Hill C.C. | 1.70 | 42.74 |
| 12/01/06 | Disbursements | 88 Magazine | 335320 | Chk #61231 | 12/01/06, Auto Focus, Inv. Date: 12/01/2006 | -4.00 | 38.74 |
| 12/01/06 | Disbursements | 88 Magazine | 335320 | Chk #61232 | 12/01/06, Apartments For Rent, Inv. Date: 12/01/2006 | -3.00 | 35.74 |
| 12/13/06 | Point of Sale | 60 Commissary | 347767 | 231505 | Commissary | -14.94 | 20.80 |
| 12/13/06 | Disbursements | 84 Library | 347320 | Chk #61420 | 492526, DOC: Library Copies, Inv. Date: 12/12/2006 | -.60 | 20.20 |
| 12/13/06 | Disbursements | 81 Legal Postage | 347320 | Chk #61422 | 490297, Pitney Bowes Bank, Inc, Inv. Date: 11/27/2006 | -.87 | 19.33 |
| 12/15/06 | AP Correction | 88 Magazine | 349520 | Chk #61232 Voided | 12/01/06 - Apartments For Rent | 3.00 | 22.33 |
| 01/17/07 | Point of Sale | 60 Commissary | 017731 | 234035 | Commissary | -14.63 | 7.70 |
| 02/15/07 | Disbursements | 84 Library | 046320 | Chk #61997 | 497561, DOC - Library Copies, Inv. Date: 01/23/2007 | -.55 | 7.15 |
| 02/15/07 | Disbursements | 83 Copies | 046320 | Chk #61998 | 498977, DOC: 523 Fund Reimburs, Inv. Date: 02/06/2007 | -4.65 | 2.50 |
| 02/15/07 | Disbursements | 81 Legal Postage | 046320 | Chk #61999 | 499082, Pitney Bowes Bank, Inc, Inv. Date: 02/07/2007 | -.39 | 2.11 |
| 02/15/07 | Disbursements | 81 Legal Postage | 046320 | Chk #61999 | 497353, Pitney Bowes Bank, Inc, Inv. Date: 01/22/2007 | -1.59 | .52 |

|  |  |
|---|---|
| **Total Inmate Funds:** | .52 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .39 |
| **Funds Available:** | .13 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 02/20/2007 | 500052 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.39 |
|  |  |  |  | **Total Restrictions:** | **$0.39** |