# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT PEORIA
### VIDEO WRIT

| CASE NAME: Torrence v Gardner, et al | CASE NO. 07-1040 | Beginning Date of Hearing: 3/23/07 | Type of Hearing: Merit Review  Length of Hearing: One Hour |
|---|---|---|---|

**TO: THE WARDEN OF Pontiac Correctional Center**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Michael D. Torrence | N23993 | Pontiac Correctional Center | 3/23/07 | 1:30 PM |
| Judge Harold A. Baker | n/a | Federal Courthouse, Urbana, IL | 3/23/07 | 1:30 PM |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Dated:**

**February 28, 2007**

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: _s/ T. Kelch_____
        DEPUTY CLERK

cc: Video Clerk
 Faxed to: Warden of Pontiac Correctional Center

Format and wording approved by IDOC Legal Counsel 2/11/98