UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MICHAEL D. TORRENCE
 Plaintiff,

NO. 07-1040

vs.

CORRECTIONAL OFFICER GARDNER, et, al.,
 Defendants.

Now Comes the Plaintiff by and through himself, pro se, and pursuant to review of Complaint and Order of the Court entered by Judge Harold A. Baker. The plaintiff is to provide court with detailed information concerning the defendants who denied him medical attention.

On, January 10, 2006 at the Stateville NRC unit at approximately 8:45 a.m. I plaintiff Michael D. Torrence was denied medical treatment by a medical technician, A male staff member approximately 5'7 to 5'8 170 to 190 pounds, of foreign nationality; Late 40's to 50 in age at approximately 7:30 p.m. on January 10, 2006 I was again denied medical treatment by a female staff member passing out medication, approximately 5'5 to 5'8 25 to 30 yrs of age brown hair, slim built. 115 to 135 pounds (white female)

On January 11, 2006 at 7 a.m. during medical rounds I was again denied medical attention by the same male staff member as mentioned above. at 6 p.m. or 7:30 pm on January 11, 2006 a black medical technician along with another female (white) told me to sign up for sick call in the morning as I explained to medical staff I was assaulted by Correctional officers I was still denied medical treatment. as I requested there names the female staff technician covered up her name tag. black male staff memeber 5'6 to 5'7 150 to 175 pounds clean shaven, and wore glasses. The white female 5'7 to 5'9 blond hair, 115 to 130 pounds

I finally receive a exam on the 16th or 17th of January by a black female Doctor (only due to my hunger strike). by that time the swelling and bruises of the incident had gone away as though it never occurred medical staff members making rounds never checked on me while I was on a hunger strike. I did explain to the black female doctor why I was on a hunger strike. I was examined and sent back to my cell.

Mr. Michael D. Torrence

IN THE
_United States District Court_
_Central District Court_

Michael D. Torrence                )
Plaintiff/Petitioner               )
                                   )
Vs.                                )    No. 07-1040
                                   )
Gardner, et al,.                   )
Defendant/Respondent               )

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of Courts              TO: _____
John M. Waters
U.S. District Court Central District
of Illinois

PLEASE TAKE NOTICE that on _March 28_, 200 _7_, I placed the documents listed below in the institutional mail at _Pontiac_ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: _March 28, 2007_         /s/ _M. Michael D. Torrence_
                                Name: _Michael D. Torrence_
                                IDOC No. _N23993_
                                _Pontiac_ Correctional Ctr.
                                POB _99_
                                _Pontiac, 61764-0099_, IL