# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

Michael D. Torrence )
   Plaintiff )
 )
 )
vs. ) Case No. _____
 )
Gardner, mc Nair, Roberson, Lt. Nance, )
Lt. Brozenski, adrienne D. Johnson, Shirley )
Roberts, D. Battaglia, medical technicians, )
medical Nurse's "et al" )
   Defendant(s) )

## COMPLAINT

☒ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other
_____
___

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Michael D. Torrence, and states as follows:

My current address is: P.O. Box 99
Pontiac, IL 61764-0099

The defendant(s) Gardner & mc Nair & Roberson is employed as Correctional officers at Stateville Correctional Center NRC unit

The defendant(s) Lt. Brozenski & Lt. Nance, is employed as Correctional officers lieutenants at Stateville Correctional Center NRC unit

The defendant _adrienne Johnson & Shirley Roberts and Staff_, is employed as _adjustment committee Chairperson_ at _Stateville Correctional Center NRC unit_

The defendant _D. Battaglia_, is employed as _Warden_ at _Stateville Correctional Center NRC unit_

(revised 9/96)

The defendant _medical technicians & Nurses_, is employed as _medical Staff & personnel_ at _Stateville Correctional Center NRC unit_

Additional defendants and addresses _Stateville CC P.O. Box 112; Joliet, IL. 60434_

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

**LITIGATION HISTORY**

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☒    No ☐

If yes, please describe

_Torrence v. Hall a Arkansas case filed in 1988 or 89; Torrence vs. Muslik (Illinois); Torrence v. Roger E. Walker 2006 (# 06-MR-36)_

B. Have you brought any other lawsuits in state or federal court while incarcerated?
    Yes ☒    No ☐

C. If your answer to B is yes, how many?  _3_    Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

    Plaintiff(s)   (1) _Torrence_        (2) _Torrence_          (3) _Torrence_
    Defendant(s)   _v. Hall_             _v. Muslik et al_        _v. Roger E. Walker et al_
                   _1988 or 89_          _(Illinois) 1991 or 92_  _(Illinois) 2006 06-MR-36_

2. Court (if federal court, give name of district; if state court, give name of county)

Torrence v. muslik (Northern District Court) Torrence v. Roger E. Walker (Fulton County, Illinois)

3. Docket Number/Judge

I don't Remember Docket Number for Torrence v. muslik or Judge Name
2006 Docket Number 06·MR·36 Torrence v. Roger E. Walker. I don't Know the Judge assigned

4. Basic claim made

2006 Claim (declaratory Judgement)    Cruel & unusual punishment    Cruel & unusual punishment
Home electronic Detention Law    (Torrence v. musilk)    Torrence v. Hall

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)

2006 Claim Still pending) Torrence v. musilk (dismissed) Torrence v. Hall (settled out of court)

6. Approximate date of filing of
Torrence v. Hall    Torrence v. musilk    Torrence v. Roger E. Walker et al;
lawsuit 1988 or 89    1991 or 92    May 30, 2006

7. Approximate date of disposition

I cannot Remember the date of disposition of these cases

For additional cases, provide the above information in the same format on a separate page.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?  Yes ☒  No ☐  If your answer is no, explain why not

_____

_____

C. Is the grievance process completed?  Yes ☒  No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY*

# STATEMENT OF CLAIM

Place of the occurrence  Stateville C.C. NRC unit

Date of the occurrence  January 10, 2006

Witnesses to the occurrence  Andre Emery #B-15988   Correctional officers J. Stephens & P. Jones & Lt. Dumars

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.
Unrelated claims should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

On 1-10-06 Lt. Brozenski, Lt. Nance, (acting) Sgt. Roberson & Correctional officer Gardner assaulted me while I was in handcuffs in the shower area of Segregation unit of the Northern Receiving Classification Unit. Lt. Brozenski & Sgt. Roberson each held one of my arms as Officer Gardner assaulted me. Officer Gardner struck me with his fist in the midsection and upper torso of my body with his fist striking me in the stomach, ribs, chest & back. while Lt. Nance stood back and allowed this assault to take place.

On 1-10-06 officer McNair wrote me a disciplinary report which was false the disciplinary report claimed I was assigned to Cell #212 records will indicate I was never assigned to that cell, my witness Andre Emery B15988 was my cellmate on the exact date & time, Emery was not given a disciplinary or taken to Segregation.

c/o McNair discrimination against me violated the rules & procedures of Illinois Dept. of Corrections McNair singled me out, of a 2 person(s) cell to be the victim of this cruel & unusual punishment The Stateville CC Continues to allow Adrienne D. Johnson to operate the adjustment committee after a Court ruling to have Johnson removed from adjustment committee for direct violating a persons due process rights & not calling witnesses Andre Emery B-15988 statement was relevant, Emery would have

Informed the adjustment committee that we were assigned to cell 312 Not 212 and I was innocent of all charges brought forth by C/O McNair. Emery B15988 statement was relevant as I never admitted to any of these charges. violating my due process rights & administrative codes)

As of 1·10·06 I immediately begin a hunger strike which lasted for nine days to bring attention to the staff misconduct and to inquire that a investigation be conducted. I immediately wrote a emergency grievance to the warden D. Battaglia office. I was denied the right to speak with a officer of the Stateville internal affairs office.

I was also denied immediate medical attention by medical technicians and staff. I reported on several occassions to staff & medical personnel during court procedures and passing out medication that I was assaulted by staff and I was denied by several correctional officers and medical staff that I feared for my health & safety and was assaulted by staff and no one reported or supported the mandate system to report such incident with or too the appropriate officials. I feared constantly that Lt. Brozenski, Lt. Nance, Sgt. Roberson & Gardner would return to my cell and kill me. Medical staff refused to see me or x-ray me. indirect violation of my due process rights (deliberate indifference) with medical personal

I feel I suffered cruel & unusual punishment at the hands of these staff members of the Stateville Correctional Center. My due process rights were violated by the hands of the adjustment committee & I was not given equal protection of the law as secured by the State of Illinois & U.S. Constitution

I have enclosed for exhibit purpose (a) disciplinary summary report (b) disciplinary report (c) grievance (d) grievance response (E) Illinois dept. of Corrections response (f) NRC orientation information insert (sexual abuse · assault · misconduct prevention & Intervention pages 1 of 2 and case of Wolcott vs. Johnson; I also want to request video tapes of the incident which occurred on January 10·2006 at the Stateville NRC unit, which should show the incident that occurred at Stateville.

Mr. Michael A. Torrence  N-23993

# RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

I would like to file Criminal Charges against staff directly & indirectly involved, all approprinte removal of staff from the ILLINOIS Dept. of Corrections (firing officers & staff directly & indirectly involved

Award monetary reward for punitive damages for Cruel & unusual punishment $250,000 per defendant, & additional $150,000 per defendant for direct violation of my State of ILLINOIS & U.S. Constitutional rights, and emotional distress

plus the cost for all legal fees & court cost in addition to the cost of fees for copies, postage, filing fees, and any and all justifiable remedy this honorable court feels justifies the relief

**JURY DEMAND**        Yes ☒        No ☐

Signed this  15th  day of  February , 2007 .

Michael D. Torrence
*(Signature of Plaintiff)*

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Michael D. Torrence | N23993 |
| **Address:** | **Telephone Number:** |
| P.O. Box 99 Pontiac, IL. 61764-0099 | N/A |

# ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

N23993

**Date:** 1/11/2006
**Committed Person (Please Print):** Torrence, Michael
**ID#:** 1/11/2006
**Present Facility:** Stateville NRC
**Facility where grievance issue occurred:** Stateville NRC

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [x] Other (specify): Staff Assault
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Disciplinary Report ___/___/___ Date of Report

JAN 1 9 2006
STA # 0074  Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
- Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
- Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
- Chief Administrative Officer, only if EMERGENCY grievance.
- Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On 1/10/06 Lt. Brozenksi, Lt. Nance, Sgt. Roberson (Acting) and C/O Gardner assaulted me, while I was handcuffed in the shower area of segregation. Lt. Brozenksi and Sgt. Roberson held me while C/O Gardner assaulted me by hitting me in the midsection of my upper torso with his fist striking me in the ribs, stomach, back and chest area. Lt. or Sgt. did nothing to stop this assault.
I feel my health, safety and life is in jeopardy at the Stateville NRC unit. I have informed several staff members including C/O J. Stephens 7-3 shift, C/Lt. Dumars 3-11 shift, C/O P. Jones 3-11 shift and medical personnel as well. I have been denied the right to speak with "Internal Affairs" and several staff members have failed to report this incident to the proper authority for investigation. Statues Correctional officers have failed to support the "over"

**Relief Requested:** I would like to file criminal charges, moved to a more safe & secure environment, all appropriate disciplinary actions necessary, the firing of all C/O's involved, including those who stood around and watched, awarded restitution for IDOC not providing safe & secure environment, but not limited to monetary awards.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

**Committed Person's Signature:** Mr. Michael D. Torrence
**ID#:** N23993
**Date:** 1/11/2006

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

**Date Received:** ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** _____

**Print Counselor's Name:** _____ **Counselor's Signature:** _____ **Date of Response:** ___/___/___

### EMERGENCY REVIEW

**Date Received:** 1/19/06
Is this determined to be of an emergency nature?
- [x] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

**Chief Administrative Officer's Signature:** D. Battaglia
**Date:** 1/19/06

Distribution: Master File; Committed Person      Page 1      DOC 0046 (Eff. 10/2001)
                                                             (Replaces DC 5657)
Printed on Recycled Paper

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**COMMITTED PERSON'S GRIEVANCE (Continued)**

Mandated System to report such incidents with the appropriate officials. I feel I CAN NOT trust ANY of the staff working at the Stateville NRC including officers, counselors, psychologist, and medical personnel.

I received several body blows by C/O Gardner while staff members Lt. Brozenski and Sgt. Roberson held my arms while I was cuffed up. I informed medical personnel on 1/10/06 I was coughing up blood and I felt one of my ribs maybe broken on the Left side. Medical Staff refused to give me a X-ray or provide proper medical treatment. I was merely checked by a medical staff member raising up my T-shirt thats all. And I also informed staff from medical personnel standing in my cell 1-13 that I wanted to report a assault by staff but to NO avail.

The Stateville NRC unit has forced me to participate on my own behalf a Hunger Strike for the Health, Safety and Jeopardy of my life. I do not feel safe & secure.

# STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | | |
|---|---|---|---|
| **Name:** TORRENCE, MICHAEL | **IDOC Number:** N23993 | | **Race:** BLK |
| **Hearing Date/Time:** 1/17/06 10:03 AM | **Living Unit:** NRC-RA-01-13 | | **Orientation Status:** N/A |
| **Incident Number:** 200600120/1 - STA | **Status:** Final | | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 1/10/06 | 200600120/1-STA | MCNAIR, STACY N | NRC-NORTHERN REC. & CLASS. | 07:15 AM |
| 1/10/06 | 200600120/2-STA | MCNAIR, STACY N | NRC-NORTHERN REC. & CLASS. | 08:20 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 206 | Intimidation Or Threats | Not Guilty |
| 304 | Insolence | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

### RECORD OF PROCEEDINGS
INMATE PRESENT. REPORT READ, INMATE STATED: I DID CURSE HER OUT WHEN THEY CAME TO MY CELL TALKING ABOUT I THREATEN THE OFFICER. THEY PUT ME IN THE SHOWER AND THAT'S WHEN I CURSED HER OUT. I WAS NEVER ASSIGNED TO CELL #212 UNIT U, I WAS IN CELL #312 UNIT U, ON 1-10-06.

### BASIS FOR DECISION
1. INMATE STATED HE DID MAKE INSOLENT REMARKS TO THE REPORTING OFFICER, AS REPORTED.

2. THE COMMITTEE IS SATISFIED WITH THE WRITTEN REPORT WHICH WAS CORROBORATED BY THE INMATE STATEMENT.

COMM. NOTES: INMATE WITNESS ANDRÉ EMERY #B15988, STATEMENT WAS CONSIDERED TO BE IRRELEVANT, BASED THAT INMATE STATED HE DID MAKE INSOLENT REMARKS TO THE REPORTING OFFICER.

### DISCIPLINARY ACTION  (Consecutive to any priors)

| RECOMMENDED | FINAL |
|---|---|
| 15 Days Segregation | 15 Days Segregation |
| **Basis for Discipline:** NATURE OF OFFENSE | |

### Signatures
**Hearing Committee**

| | | | |
|---|---|---|---|
| JOHNSON, ADRIENNE D - Chair Person | *Signature* | 01/17/06 | BLK |
| | | Date | Race |
| ROBERTS, SHIRLEY | *Signature* | 01/17/06 | BLK |
| | | Date | Race |

Recommended Action Approved

**Final Comments:** N/A

# STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** TORRENCE, MICHAEL  **IDOC Number:** N23993  **Race:** BLK
**Hearing Date/Time:** 1/17/06  10:03 AM  **Living Unit:** NRC-RA-01-13  **Orientation Status:** N/A
**Incident Number:** 200600120/1 - STA  **Status:** Final

---

DEIRDRE L BATTAGLIA / JDD  1/19/06                    01/19/06
**Chief Administrative Officer**         **Signature**                **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

Johnson, C.                              1/19/06 2:38 via mail
**Employee Serving Copy to Committed Person**      **When Served -- Date and Time**

**Illinois Department of Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

December 7, 2006

Michael Torrence
Register No. N23993
Illinois River Correctional Center

Dear Mr. Torrence:

This is in response to your grievance received on August 18, 2006, regarding staff conduct (CO Gardner 1/10/06), which was alleged to have occurred at Stateville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

In your grievance you write that while being placed in segregation on January 10, 2006 you were assaulted in the segregation shower area at Stateville NRC by CO Gardner. You allege that while handcuffed, you were held by the arms by Lt. Brozenski and Sgt. Roberson while CO Gardner repeatedly assaulted you by hitting you in the chest, upper torso, back and ribs. You also indicate Lt. Nance witnessed this and did nothing. You request the incident be investigated and criminal charges be filed against these employees. You further request unspecified monetary awards be provided to you.

The Grievance Officer's report 0074 and subsequent recommendation dated July 21, 2006 and approval by the Chief Administrative Officer on July 28, 2006 have been reviewed.

**Reccommendation: Grievant's written statement dated January 11, 2006 and forwarded to Warden Battaglia January 19, 2006 (Determined to be an emergency grievance to be expedited) and STA Grievance Officer Workman's July 21, 2006 response be forwarded to Stateville CC Internal Affairs for investigation regarding allegations of staff assault on Inmate Torrence N23993 on the date indicated.**

FOR THE BOARD: _____
Brian Fairchild
Administrative Review Board
Office of Inmate Issues

**I concur. Warden McCann is to proceed accordingly and provide a copy of the completed investigation to this office upon completion.**

_____
Roger E. Walker Jr.
Director

cc: Warden Terry McCann, Stateville Correctional Center
   Michael Torrence, Register No. N23993
   Tickler

**Illinois Department of Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

March 23, 2006

Michael Torrence
Register No. N23993
Illinois River Correctional Center

Dear Mr. Torrence:

This is in response to your grievance received on February 9, 2006, regarding two disciplinary report dateds January 10, 2006 (200600120/1-STA and 200600120/2-STA) which were alleged to have occurred at Stateville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

In your grievance you write that the cell number on the ticket is not the same as the cell you were in. You further allege that witness Emery B15988 was not called and that Emery did not receive a disciplinary report as he should have in your opinion. You further ask that CO McNair be suspended for 30 days and that you be transferred to a minimum security facility and be compensated for state pay you would have received if you had not been placed in segregation.

CO McNair wrote the first report (200600120/1-STA) at 7:15AM January 10, 2006 charging violation of 206 – Intimidation and Threats and 304 – Insolence. McNair notes in her report that you were housed in 3 gallery in cell 212 when you said "Turn those fucking lights off, bitch." McNair further notes she advised you that the lights will go out after count. At that time you addressed her directly, saying, "Fuck you, you lousy bitch, I don't care about no lights. I will fuck your lousy ass up."

CO McNair wrote the second report at 8:25AM the same day charging violation of 206 – Intimidation and Threats and 304 – Insolence. McNair notes in her report you were being held in the bullpen and addressed her, saying, "You punk bitch you need to get your ass off your shoulder."

The Adjustment Committee Hearing was conducted at Stateville CC on January 17, 2006 at 10:03AM where both tickets were heard together. The committee found grievant guilty of the 304 charge and not guilty of the 206 charge. The recommended disciplinary action was 15 days segregation. The CAO concurred on January 19, 2006. The Basis for Decision also notes that witness Emery B15988 was not called due to the fact grievant did admit to making insolent statements to CO McNair and McNair was the reporting officer.

This office notes the error on the first ticket regarding cell assignment. However the second ticket makes no such error and will suffice for a complete rationale in regard to discipline imposed.

Based on a review of all available information and a compliance check of the procedural due process safeguards outlined in Department Rule 504, this office is reasonably satisfied you committed the offense and recommends the grievance be denied.

FOR THE BOARD: _____
Brian Fairchild
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc: Warden Donald Hulick, Illinois River Correctional Center
Michael Torrence, Register No. N23993

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

### Grievance Officer's Report

Date Received: January 19, 2006    Date of Review: July 21, 2006    Grievance # (optional): 0074

Committed Person: Michael Terrence    ID#: N23993

Nature of Grievance:  Staff Conduct

Facts Reviewed: Grievant alleges he was assaulted in the shower by NRC staff. He felt his health and safety were in jeopardy. He went on a hunger strike until he was transferred.

Further investigation by Grievance Office, finds that no indications of an assault on grievant were substantiated through the medical staff. C/O Gardner does not recall the incident. Investigations states that he alleges that an assault happened.

Recommendation: Grievance is denied

Ann Workman
Print Grievance Officer's Name                                    Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: 7-28-06      [X] I concur    [ ] I do not concur    [ ] Remand

Comments:

Chief Administrative Officer's Signature                            7-28-06    Date

### Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Committed Person's Signature          ID#          Date

Distribution: Master File; Committed Person        Page 1

# ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

N23993

| Date: 1/11/2006 | Committed Person: Torrence, Michael (Please Print) | ID#: 1/11/2006 |
|---|---|---|
| Present Facility: Stateville NRC | Facility where grievance issue occurred: Stateville NRC | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report ___/___/___ Date of Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [x] Other (specify): Staff Assault

JAN 19 2006
STA # 0074 Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On 1/10/06 Lt. Brozenksi, Lt. Nance, Sgt. Roberson (acting) and C/O Gardner assaulted me, while I was handcuffed in the shower area of segregation. Lt. Brozenksi and Sgt. Roberson held me while C/O Gardner assaulted me by hitting me in the midsection of my upper torso, with his fist striking me in the ribs, stomach, back and chest area. Lt. or Sgt. did nothing to stop this assault.

I feel my health, safety and life is in jeopardy at the Stateville NRC unit. I have informed several staff members including C/O J. Stephens 7-3 shift, Lt. Dumas 3-11 shift C/O P. Jones 3-11 shift and Medical personnel as well. I have been denied the right to speak with "Internal Affairs" and several staff members have failed to report this incident to the proper authority for investigation statues. Correctional officers have failed to support the "over

**Relief Requested:** I would like to file criminal charges, moved to a more safe & secure environment, all appropriate disciplined actions necessary, the firing of all C/O's involved, including those who stood around and watched, awarded restitution for IDOC not providing safe & secure environment, but not limited to monetary awards.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Mr. Michael D. Torrence    N23993    1/11/2006
Committed Person's Signature    ID#    Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name ___ Counselor's Signature ___ Date of Response ___

---

**EMERGENCY REVIEW**

Date Received: 1/19/06

Is this determined to be of an emergency nature?
- [x] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

D. Battaglia    1/19/06
Chief Administrative Officer's Signature    Date

Distribution: Master File, Committed Person    Page 1    DOC 0046 (Eff 10/2001) (Replaces DC 5657)
Printed on Recycled Paper

Mandated system to report such incidents with the appropriate officials. I feel I cannot trust any of the staff working at the Stateville NRC including officers, counselors, psychologist, and medical personnel.

I received several body blows by C/O Gardner while staff members Lt. Brozenski and Sgt. Roberson held my arms while I was cuffed up. I informed medical personnel on 1/10/06 I was coughing up blood and I felt one of my ribs maybe broken on the left side. Medical staff refused to give me a X-ray or provide proper medical treatment. I was merely checked by a medical staff member raising up my T-shirt thats all. And I also informed staff from medical personnel standing in my cell 1-13 that I wanted to report a assault by staff but to no avail.

The Stateville NRC unit has forced me to participate on my own behalf a Hunger strike for the Health, Safety and Jeopardy of my life. I do not feel safe & secure.

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO COMMITTED PERSON'S GRIEVANCE

### Grievance Officer's Report

Date Received: January 19, 2006   Date of Review: July 21, 2006   Grievance # (optional): 0074

Committed Person: Michael Torrence   ID#: N23993

Nature of Grievance: Staff Conduct

**Facts Reviewed:** Grievant alleges he was assaulted in the shower by NRC staff. He felt his health and safety were in jeopardy. He went on a hunger strike until he was transferred.

Further investigation by Grievance Office, finds that no indications of an assault on grievant were substantiated through the medical staff. C/O Gardner does not recall the incident. Investigations states that he alleges that an assault happened.

**Recommendation:** Grievance is denied.

Ann Workman
Print Grievance Officer's Name

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: 7-28-06   [X] I concur   [ ] I do not concur   [ ] Remand

Comments:

Chief Administrative Officer's Signature   7-28-06

### Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Committed Person's Signature   ID#   Date

# ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

**Date:** 1/11/2006
**Committed Person (Please Print):** Torrence, Michael
**ID#:** N23993 / 1/11/2006
**Present Facility:** Stateville NRC
**Facility where grievance issue occurred:** Stateville NRC

**NATURE OF GRIEVANCE:**
- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: ___/___/___ Date of Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [x] Other (specify): Staff Assault

*Stamp: Grievance Office JAN 19 2006 STA # 0074*

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
- Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
- Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
- Chief Administrative Officer, only if EMERGENCY grievance.
- Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On 1/10/06 Lt Brozenksi, Lt. Nance, Sgt. Roberson (Acting) and C/O Gardner assaulted me, while I was handcuffed in the shower area of segregation. Lt. Brozenksi and Sgt. Roberson held me while C/O Gardner assaulted me by hitting me in the midsection of my upper torso with his fist striking me in the ribs, stomach, back and chest area. Lt. or Sgt. did nothing to stop this assault.
I feel my health, safety and life is in jeopardy at the Stateville NRC unit. I have informed several staff members including C/O J. Stephens 7-3 shift, C/O Dumars 3-11 shift, C/O P. Jones 3-11 shift and medical personnel as well. I have been denied the right to speak with "Internal Affairs" and several staff members have failed to report this incident to the proper authority for investigation statues. Correctional officers have failed to support the "over"

**Relief Requested:** I would like to file criminal charges, moved to a more safer secure environment, all appropriate disciplinary actions necessary, the firing of all C/O's involved, including those who stood around and watched. Awarded restitution for IDOC not providing safe, secure environment, but not limited to monetary awards.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

**Committed Person's Signature:** Mr. Michael D. Torrence  **ID#:** N23993  **Date:** 1/11/2006

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)
**Date Received:** ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** _____

**Print Counselor's Name:** _____  **Counselor's Signature:** _____  **Date of Response:** ___/___/___

### EMERGENCY REVIEW
**Date Received:** 1/19/06  Is this determined to be of an emergency nature?
- [x] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

**Chief Administrative Officer's Signature:** D. Battaglia Sr.  **Date:** 1/19/06

Distribution: Master File; Committed Person    Page 1    DOC 0046 (Eff. 10/2001) (Replaces DC 5657)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
COMMITTED PERSONS GRIEVANCE (Continued)

mandated system to report such incidents with the appropriate officials. I feel I cannot trust any of the staff working at the Stateville NRC including: officers, counselors, psychologist, and medical personnel.

I received several body blows by C/O Gardner while staff members Lt. Brozenski and Sgt. Roberson held my arms while I was cuffed up. I informed medical personnel on 7/10/00 I was coughing up blood and I felt one of my ribs maybe broken on the left side. Medical staff refused to give me a x-ray or provide proper medical treatment, I was merely checked by a medical staff member raising up my t-shirt that's all. And I also informed staff from medical personnel standing in my cell 1-13 that I wanted to report a assault by staff but to no avail.

The Stateville NRC unit has forced me to participate on my own behalf a Hunger-strike for the health, safety and jeopardy of my life. I do not feel safe & secure.

IN THE
U.S District Court
Central District of Illinois

Michael D. Torrence
Plaintiff,

v.

Gardner, McNair, Roberson, Nance, Brozenski,
Defendant Johnson, Roberts, Battaglia, & medical technicians and medical Nurse's

Case No. _____

## PROOF/CERTIFICATE OF SERVICE

TO: U.S. District Clerk of Courts
Central District of Illinois

TO: Attorney General
Lisa Madison
500 Second St.
Springfield, IL. 62701

PLEASE TAKE NOTICE that on February 15th, 20 07, I have placed the documents listed below in the institutional mail at Pontiac Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: P.O. Box 99 Pontiac, IL. 61764

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: February 15th 2007

/s/ Mr. Michael D. Torrence
NAME: Michael D. Torrence
IDOC#: N-23993
Pontiac Correctional Center
P.O. BOX 99
Pontiac, IL 61764

Revised Jan 2002