E-FILED
Tuesday, 31 July, 2007 11:47:31 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Micahel D Torrence N23993** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 07-1040** |
| **Gardner, et al.** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** Stateville Correctional Center at Joliet, IL.

      **WE COMMAND** that you produce the body of **Michael D. Torrence**, Register No. N23993, who is in your custody at **9:30 a.m.** before the United States District Court on **September 4, 2007** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

      **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: 7/31/07

/s/ John M. Waters
JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: /s/ K. Burns
    Deputy Clerk