UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MICHAEL D. TORRENCE,
    Plaintiff,

vs.                        No. 07-1040

CORRECTIONAL OFFICER GARDNER, et al.
    Defendants.

## ORDER OF DISMISSAL

On February 21, 2007, the plaintiff, a state prisoner, filed this lawsuit pursuit to 42 U.S.C. §1983. On March 26, 2007, the court conducted a merit review of the plaintiff's claims pursuant to 28 USC §1915A. On June 19, 2007, a scheduling order was entered and summons were issued for the defendants.

On June 25, 2007, the court orders sent to the plaintiff where returned to the clerk of the court. Further court notices sent to the plaintiff on July 30, 2007 were also returned to the clerk. The plaintiff has been discharged from the Illinois Department of Corrections and has not provided the court with a forwarding address. A month and a half has passed since the court was first notified that the plaintiff was no longer at the address he provided to the court. The plaintiff has failed to provide any additional information to the court. Therefore, the court cannot continue this litigation since it has no way to contact the plaintiff. The plaintiff has apparently lost interest in pursuing this lawsuit.

**IT IS THEREFORE ORDERED that:**

**1) The clerk is directed to dismiss this case in its entirety without prejudice for failure to prosecute with due diligence. See Fed. R.Civ. P. 41(b).**

**2) The hearing scheduled for September 4, 2007 at 9:30 a.m. is canceled and the writ is recalled. The clerk is to notify Stateville Correctional Center.**

**3) The plaintiff is still responsible for ensuring the $350.00 filing fee is paid to the clerk of the court. Release from incarceration does not relieve the plaintiff of her obligation to pay the filing fee in full.**

Entered this 16th day of August, 2007.

                                               s\Harold A. Baker
                                    _____
                                         HAROLD A. BAKER
                                 UNITED STATES DISTRICT JUDGE