# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Michael D Torrence N23993**

vs.

Case Number: **07-1040**

**Gardner, et al.**

**JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**DECISION BY THE COURT**. This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the case is dismissed in its entirety without prejudice for failure to prosecute with due diligence. See Fed. R. Civ. P. 41(b).

ENTER this 16th day of August, 2007

/s/ John M. Waters
JOHN M. WATERS, CLERK


/s/ K. Burns
BY: DEPUTY CLERK